IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN BELL, INC.
d/b/a AT & T WISCONSIN,

      Plaintiff,

v.

ERIN CALLISTO, MARK MEYER, LAUREN AZAR,
SPRINT COMMUNICATIONS COMPANY, L.P.,
SPRINT SPECTRUM L.P., NEXTEL WEST CORP.
and NPCR, INC.

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 09-cv-515-bbc

DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

AUG 2 5 2010

---

    This action came for consideration before the court with Distrct Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

Erin Callisto, Mark Meyer, Lauren Azar, Sprint Communications Company, L.P., Sprint

Spectrum L.P., Nextel West Corp. and NPCR, Inc. dismissing this case for lack of subject

matter jurisdiction.

Peter Oppeneer, Clerk of Court

8/25/10
Date