IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN BELL, INC.
d/b/a AT & T WISCONSIN,

      Plaintiff,

v.

ERIC CALLISTO, MARK MEYER, LAUREN AZAR,
SPRINT COMMUNICATIONS COMPANY, L.P.,
SPRINT SPECTRUM L.P., NEXTEL WEST CORP.
and NPCR, INC.

      Defendants.

AMENDED JUDGMENT

Case No. 09-cv-515-bbc

---

This action came for consideration before the court with Distrct Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Eric Callisto, Mark Meyer, Lauren Azar, Sprint Communications Company, L.P., Sprint Spectrum L.P., Nextel West Corp. and NPCR, Inc. dismissing this case for lack of subject matter jurisdiction.

Peter Oppeneer, Clerk of Court          8/26/10

                                                        Date